UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:11CV89 CDP ) |
| MILLSTADT CARPET & INTERIORS, INC., | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

On April 5, 2011, the Clerk of the Court entered a default against defendant in this case. On April 12, 2011, I ordered defendant to provide plaintiffs with the necessary documents to perform an audit for the purpose of determining plaintiffs' default damages.  No activity appears to have taken place in the file since my April 12, 2011 Order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall, within fourteen days of the date of this Order, file either a notice of dismissal or an appropriate motion for default judgment, supported by all necessary affidavits and documentation, as well as a proposed Order and Judgment, for the Court's consideration.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of October, 2011.